IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KELLY COOK,                                        2:10-CV-00526-SU

                Plaintiff,                    ORDER

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

                Defendant.

BROWN, Judge.

    Magistrate Judge Patricia Sullivan issued Findings and
Recommendation (#17) on April 29, 2011, in which she recommends
this Court reverse the decision of the Commissioner and remand
this matter for an immediate award of benefits.  Defendant filed
timely Objections to the Findings and Recommendation.  The matter

1 - ORDER

is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and
Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate
Judge's Findings and Recommendation, the district court must make
a *de novo* determination of that portion of the Magistrate Judge's
report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United
States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

In its Objections, Defendant reiterates the arguments
contained in its Response brief.  This Court has carefully
considered Defendant's Objections and concludes they do not
provide a basis to modify the Findings and Recommendation.  The
Court also has reviewed the pertinent portions of the record *de
novo* and does not find any error in the Magistrate Judge's
Findings and Recommendation.


## CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and
Recommendation (#17).  Accordingly, the Court **REVERSES** the
decision of the Commissioner and **REMANDS** this matter pursuant to
sentence four of 42 U.S.C. § 405(g) for the calculation and award

2 - ORDER

of benefits.

IT IS SO ORDERED.

DATED this 13th day of July, 2011.

/s/ Anna J. Brown

_____

ANNA J. BROWN
United States District Judge

3 - ORDER