IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


KELLY COOK,                                  2:10-CV-00526-SU

       Plaintiff,                        JUDGMENT OF REMAND

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

       Defendant.


     Based on the Court's Opinion and Order issued July 13, 2011,

     **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner
pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate
calculation and award of benefits.

     DATED this 13th day of July, 2011


                  /s/ Anna J. Brown

                  _____
                  ANNA J. BROWN
                  United States District Judge


1 - JUDGMENT OF REMAND