Rory Linerud, LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | | |
|---|---|---|
| **KELLY COOK,** | ) | |
| | ) | **CASE No. 10-526-SU** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Attorney fees in the amount of $26,657.25 are hereby awarded to Plaintiff's

attorney pursuant to 42 U.S.C. § 406(b). The Court finds this is a reasonable fee.

Previously, this Court awarded $7,090.87, pursuant to the Equal Access to Justice Act

(EAJA), 28 U.S.C. § 2412. If Plaintiff's attorney receives both fees, he must refund the

smaller fee to the claimant. IT IS SO ORDERED.

DATED this   3   day of   April   , 2012.


/s/Michael W. Mosman
Michael W. Mosman
United States District Court Judge


Presented by:
s/Rory J. Linerud, OSB # 97006
Attorney for Plaintiff
PO Box 1105, Salem, OR 97308-1105
(503)587-8776

ORDER 406(b) FEES
Page 1