Rory Linerud, LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| KELLY COOK, | ) |
| Plaintiff, | ) CASE No. 10-526-SU |
| vs. | ) ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | ) |

Attorney fees in the amount of $26,657.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The Court finds this is a reasonable fee. Previously, this Court awarded $7,090.87, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. If Plaintiff's attorney receives both fees, he must refund the smaller fee to the claimant. IT IS SO ORDERED.

DATED this __3__ day of __April__, 2012.

/s/Michael W. Mosman
Michael W. Mosman
United States District Court Judge

Presented by:
s/Rory J. Linerud, OSB # 97006
Attorney for Plaintiff
PO Box 1105, Salem, OR 97308-1105
(503)587-8776

ORDER 406(b) FEES
Page 1